# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00216(1)-ADA |
| | § | |
| (1) HILARIO MORALES-HERNANDEZ | § | |

## ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 29, 2025, wherein the defendant (1) HILARIO MORALES-HERNANDEZ waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) HILARIO MORALES-HERNANDEZ to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) HILARIO MORALES-HERNANDEZ's plea of guilty to Count One (1) is accepted.

Signed this 13th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE